ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Substitute Motion to Amended Assignment of Errors" dated February 11, 1974, in the appeal from the Superior Court in Hartford County is dismissed.

*Nina B. Varley,* pro se, in support of the motion.

Submitted February 25—decided March 5, 1974

STATE OF CONNECTICUT *v.* BENJAMIN CARR, JR.

The motions of the defendant, by Attorney John R. Williams, to set aside an order of the Superior Court in New Haven County denying the defendant's motion for the appointment of John R. Williams as public defender are denied since the record discloses that Attorney John R. Williams has appeared and remains as counsel for the defendant.

*John R. Williams,* in support of the motion.

Submitted February 25—decided March 5, 1974.

MATTEO MINNELLI *v.* GEORGE H. POULOS ET AL.

The defendants' motion for a review by this court of the trial court's decision of February 25, 1974, is granted and the court's granting of the plaintiff's motion for an extension of time in the appeal from the Superior Court in New Haven County is vacated.

*Wesley W. Horton,* in support of the motion.